**No. 40212.**—Protest 900291–G of Shapiro & Son (New York).

Opinion by TILSON, J. On the record presented embroidered-net curtains, bedspreads, and panels similar to the merchandise involved in *Billwiller* v. *United States* (T. D. 44911), and laces and lace articles like those the subject of *Beyda* v. *United States* (T. D. 46177) and *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430. Articles in chief value of cellulose filaments similar to the merchandise involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.

**No. 40213.**—Protest 928056–G of Maurice Lobsitz (New York).

Opinion by TILSON, J. On the evidence presented the merchandise in question was held free of duty under paragraph 1762 as claimed. *Stone* v. *United States* (T. D. 44053) followed.

**No. 40214.**—Protests 960736–G, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by TILSON, J. The claim as knit outerwear in chief value of wool under paragraph 1114 was sustained on the authority of *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416).

**No. 40215.**—Protests 692228–G, etc., of Golding Bros. et al. (Los Angeles).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) the protests were dismissed.

**No. 40216.**—Protests 960644–G, etc., of American Merchandise Co., Inc., et al· (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of oil cans, articles of hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 40217.**—Protest 958702–G of American Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of hand scales similar to those the subject of Abstract 38504. The claim at 40 percent under paragraph 339 was therefore sustained.